IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HALL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

1. Plaintiff Timothy Hall brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Portfolio Recovery Associates, L.L.C. ("PRA"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## INTRODUCTION

2. The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and the use of any false or deceptive statements in connection with debt collection attempts. It also requires debt collectors to give debtors certain information. 15 U.S.C. §§ 1692d, 1692e, 1692f and 1692g.

3. In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy." 15 U.S.C. § 1692(a).

4. Because of this, courts have held that "the FDCPA's legislative intent emphasizes the need to construe the statute broadly, so that we may protect consumers against debt collectors'

harassing conduct." and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F.Supp.2d 1035, 1042 (N.D.Ill. 2008).

5. The FDCPA encourages consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

6. Plaintiff seeks to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. § 1692 *et seq*.

## VENUE AND JURISDICTION

7. This Court has jurisdiction under 15 U.S.C. § 1692k (FDCPA), 28 U.S.C. § 1331 and 28 U.S.C. § 1337.

8. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiff within this District;

   b. Defendant does or transacts business within this District.

## PARTIES

9. Plaintiff Timothy Hall is an individual who resides in Harvey, Illinois.

10. Defendant PRA is a limited liability company organized under Delaware law with its principal place of business in Virginia. It does business in Illinois. Its registered agent and office in Illinois is Illinois Corporation Service Co., 801 Adlai Stevenson Drive, Springfield, IL 62703.

11. The sole business of PRA is the alleged purchase and collection of defaulted consumer debts.

12. PRA uses the mails and telephones to collect the debts.

13. PRA files tens of thousands of collection lawsuits in various courts each year, including thousands in Cook County, Illinois. Many of the lawsuits are filed by in-house attorneys,

others by outside counsel.

14. PRA is a debt collector as defined in the FDCPA.

## FACTS

15. Defendant has been attempting to collect from plaintiff an alleged credit card debt incurred, if at all, for personal, family or household purposes, and not for business purposes.

16. On March 13, 2017, PRA filed a collection lawsuit against plaintiff in the Circuit Court of Cook County, 17 M6 2342. *See* Exhibit A.

17. On August 18, 2017, plaintiff, by counsel, filed an appearance in the lawsuit. A copy of the appearance was transmitted to counsel for PRA by both mail and the court's electronic filing system. *See* Exhibit B.

18. The case remained pending until December 13, 2017, when it was dismissed for want of prosecution. *See* Exhibit C.

19. On or about December 12, 2017, PRA placed one or more calls directly to plaintiff's mobile phone seeking to collect the same debt. *See* Exhibit D. Plaintiff's mobile phone listed the caller as (757) 963-7007. *Id*.

20. On information and belief, this number is associated with defendant PRA.

21. Plaintiff was harassed and upset by the calls, as he thought counsel was taking care of the PRA collection efforts.

## COUNT I – FDCPA

22. Plaintiff incorporates paragraphs 1-21.

23. Defendant violated 15 U.S.C. § 1692c by contacting a represented party directly.

24. Section 1692c provides:

**§ 1692c. Communication in connection with debt collection**

3

>**(a) Communication with the consumer generally. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt–**
>
>>**. . . (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

    a.    Statutory damages;

    b.    Actual damages;

    c.    Attorney's fees, litigation expenses and costs of suit;

    d.    Such other and further relief as the Court deems proper.

Respectfully submitted,

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)